IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KENNETH J. ROGERS,

    Plaintiff,

v.                        Case No. 3:09cv443/RV/MD

GULF POWER COMPANY,

    Defendant.

_____/

## ORDER OF RECUSAL

I hereby recuse myself from all further proceedings in this case. The Clerk shall reassign this matter to another judge of this Court.

DONE AND ORDERED this 6th day of October, 2009.

                                      */s/ Roger Vinson*
                                      **ROGER VINSON**
                                      **Senior United States District Judge**